```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                       HOUSTON DIVISION
```

CORINA T. ALLEN,                §
                                §
    Plaintiff,                  §
                                §
                                §
v.                              §    CIVIL ACTION NO. H-09-4088
                                §
                                §
RADIO ONE OF TEXAS II, LLC,     §
                                §
    Defendant.                  §

## ORDER DENYING OBJECTIONS TO ORDER OF THE MAGISTRATE JUDGE AND ORDER DENYING DISCOVERY MOTION

Pending is Plaintiff's Objection to Magistrate Judge's Ruling (Document No. 91).  Plaintiff objects to that portion of the Magistrate Judge's Order of March 11, 2011 (Document No. 83), wherein the Magistrate Judge denied Plaintiff leave to take one additional deposition.

The District Judge may consider any objections filed by the parties on non-dispositive matters referred to the Magistrate Judge, and modify or set aside the Magistrate Judge's Order if it is clearly erroneous.  28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Ford v. Estelle, 740 F.2d 374, 377 (5th Cir. 1984); United Steelworkers of America, AFL-CIO v. New Jersey Zinc Co., Inc., 828 F.2d 1001, 1006 (3d Cir. 1987); Brown v. Wesley's QuakerMaid Inc., 771 F.2d 952 (6th Cir. 1985), *cert. denied,* 479 U.S. 830 (1986).

After having reviewed Judge Stacy's Order of March 11, 2011, (Document No. 83) and Plaintiff's Objection to Magistrate Judge's Ruling (Document No. 91), the Court is of the opinion that the Order of the Magistrate Judge is not clearly erroneous.

Also pending is Plaintiff's Motion to Enforce Court Order and Compel Responses to Written Discovery (Document No. 80), to which Defendant has filed its response in opposition.  After having carefully reviewed the motion and the response, and observing that these discovery disputes appear to have come quite late in the history of this litigation, which Plaintiff filed in November, 2009, it is

ORDERED and ADJUDGED that Plaintiff's Objection to Magistrate Judge's Ruling (Document No. 91) and Plaintiff's Motion to Enforce Court Order and Compel Responses to Written Discovery (Document No. 80) are in all things DENIED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 20th day of April, 2011.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE